No. 15-25-00174-CV

ACCEPTED
15-25-00174-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/4/2025 11:57 AM
CHRISTOPHER A. PRINE
CLERK

# In the
# Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/4/2025 11:57:31 AM
CHRISTOPHER A. PRINE
Clerk

RHONDA CARNLEY AND BRUCE CARNLEY,
*Appellants*,

v.

LOST RIVER HOMEOWNERS ASSOCIATION,
*Appellee*.

On Appeal from the 26th District Court,
Williamson County, Texas (No. 24-0553-C26)
The Honorable Donna King, Presiding

## NOTICE OF APPEARANCE AND DESIGNATION
## AS LEAD COUNSEL FOR APPELLANTS

Kevin J. Terrazas, attorney for Appellants Rhonda Carnley and Bruce Carnley ("Appellants"), respectfully files this, his Notice of Appearance and Designation as Appellants' Lead Counsel in the above-captioned matter. Appellants' former lead counsel, Brian T. Smith, consents to the change in designation of lead counsel and has signed this notice accordingly. Mr. Terrazas respectfully requests that the Court and counsel for all parties copy him on all further orders, pleadings, motions,

and/or communications regarding this matter, using the following contact information:

Kevin J. Terrazas
TERRAZAS PLLC
1001 S. Capital of Texas Highway
Building L, Suite 250
Austin, Texas 78746
Tel:  512-680-3257
Email:  kterrazas@terrazaspllc.com
State Bar No.:  24060708

Dated:  November 4, 2025

Respectfully submitted,

**TERRAZAS PLLC**
1001 S. Capital of Texas Hwy
Bldg. L, Suite 250
Austin, Texas 78746
512-680-3257

By: */s/ Kevin J. Terrazas*
    Kevin J. Terrazas
    State Bar No. 24060708
    kterrazas@terrazaspllc.com

and

**DUNN SMITH LLP**
811 Barton Springs Road
Suite 725
Austin, Texas 78704
512-381-1999

By: */s/ Brian Smith*
    Brian T. Smith

State Bar No. 24002959
bsmith@smithdunn.com

**ATTORNEY FOR APPELLANTS RHONDA CARNLEY AND BRUCE CARNLEY**

### CERTIFICATE OF SERVICE

I certify that a true and complete copy of the above and foregoing document was served by e-service on November 4, 2025 on all counsel of record, specifically:

R. Mark Dietz
Douglas G. Cornwell
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, Texas 78664

**ATTORNEYS FOR APPELLEE**

*/s/ Jennifer A. Foster*
Jennifer A. Foster

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster
Bar No. 24104938
jfoster@terrazaspllc.com
Envelope ID: 107640047
Filing Code Description: Other Document
Filing Description: Notice of Appearance and Designation of Lead Counsel
Status as of 11/4/2025 12:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Douglas Cornwell | | dcornwell@lawdietz.com | 11/4/2025 11:57:31 AM | NOT SENT |
| R. MarkDietz | | mdietz@lawdietz.com | 11/4/2025 11:57:31 AM | NOT SENT |
| Brian Smith | | bsmith@dunnsmith.com | 11/4/2025 11:57:31 AM | NOT SENT |
| Kevin Terrazas | | kterrazas@terrazaspllc.com | 11/4/2025 11:57:31 AM | NOT SENT |
| Jennifer Foster | | jfoster@terrazaspllc.com | 11/4/2025 11:57:31 AM | NOT SENT |